**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

Plaintiffs' EXHIBIT: A-1

| Date: 4-2-2010 | Offender: (Please Print) Randy Liebich | ID#: R34940 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |
|---|---|

Received
Grievance Office
APR 20 2010
STA # 1048

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report     Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** This Grievance is in regard to the refusal of my request for medical treatment and the denial of my request for a Thyroid Hormone test and complete lab test.

Elementary principals of the cruel and unusual punishment clause of the Eighth Amendment establish the governments obligation to provide medical care for those whom it is punishing by incarceration, Estelle v Gamble, 429 U.S. 97, 50 L.Ed.2d 251, 97 S.Ct. 285 (1976)

states have an affirmative duty under the Eighth Amendment to provide medical care to their inmates. Duckworth v Ahmad, 532 F.3d 675 (7th cir 2008) I have been experiencing severe abdominal pain, on and off, for

**Relief Requested:** To recieve a Thyroid Hormone Test
To recieve treatment for abdominal pains and Full lab work

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Randy Liebich | R34940 | 4, 2, 2010 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 4, 3, 10

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** According medical CHART I/m Liebich R34940 had medical Furlousts on 12/28/10 1/5/10 And 2/5/10, 1/6/10 I/m Refused Rectal exam And 24 hour Urine test. 2/3/10 was seen and prescribed Fibecon and Acetamephin, on 2/5/10 prescriptions written over

Bishop cc

| Print Counselor's Name | Counselor's Signature | 4, 10, 10 |
|---|---|---|
| | | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: _____ / _____ / _____

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | _____ / _____ / _____ |
|---|---|
| | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE (Continued)

quite some time now. I've been seen for this issue several times but the pains keep recurring. I would like to get to the root of this problem and find out what is causing me to have these pains.

I would also like to have a thyroid hormone test conducted now that I know that other symptoms that I have are associated with Hyperthyroidism and thyroid disease. The symptoms I have are: Heart palpitations, High Blood pressure, feelings of weakness and Fatigue, and excessive weight gain; just to name a few. These are well known signs of Thyroid disease and without the proper test to determine if I have this, I cannot be diagnosed and treated.

In addition, a full lab test needs to be conducted to determine what is causing the pains in my abdominal area and also to check my lipids and Cholesterol levels. I have not had my Cholesterol medication in over a month due to the medical staff's negligence.

I have placed several requests to health care regarding these issues, all of which have been disregarded. I then asked counselor Bishop to speak to the medical department for me, which he did, and their response to him was that "I have been seen before so I will not be seen again." This response is inexcusable and unacceptable. what does that have to do with the pains that I am experiencing right now and the medical staff's blatent disregard for my medical condition. And why am I being refused a medical test for a potentially serious medical condition that I have all of the symptoms of.

This is not the type of medical care that I'm gaurenteed under the Eighth Amendment of our Constitution.

For cholesteral and blood pressure, I/m has not showed up on 2/10/10 and 2/11/10 for clinic which is when he can get lab work done, I/m's have to have to symtums in order to get thyroid Hormone test which is done on clinic day will be rescheduled in future for clinics. No future appointments at this time.

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO COMMITTED PERSON'S GRIEVANCE

A-2

| Grievance Officer's Report | | |

**Date Received:** April 20, 2010     **Date of Review:** May 20, 2010     **Grievance #** 1048

**Committed Person:** Randy Liebich     **Inmate #:** R34940

**Nature of Grievance:** Medical Tx

\*\*\*filed timely \*\*\*

**Facts Reviewed:** Grievant states that he is requesting a thyroid hormone test and a complete lab test.

**Relief Requested:** receive a thyroid and lab test.  Treatment for abdominal pains.

**Grievance written:** 4/2/10

**Sent to HCU:** 4/3/10

**Medical response received:** 4/10/10

 According to medical chart, i/m Ziebich R34940 had medical furloughs on 12/22/09, 1/5/10 and 2/5/10.  i/6/10, i/m refused rectal exam and 24 hour urine test.  2/3/10 was seen and prescribed Fibecon and Acetamephin on 2/5/10 prescription written for cholesterol and blood pressure.  I/M did not show up on 2/10/10 and 2/11/10 for clinic, which is when he can get lab work done.  I/m has to have symptoms in order to get thyroid hormone test which is done on clinic day.  Will be rescheduled in future for clinics.  No future appointments at this time.

 It appears that this grievance issue has been resolved.  Multiple appointment dates reflect that medical staff is following up with grievant.

 This Grievance Officer has no medical expertise or authority to contradict the doctor's recommendation / diagnosis.

**Recommendation:** *No further action necessary at this time.  Grievance DENIED.*

**Shaun Bass CCII**
_____          _____
Print Grievance Officer's Name              Grievance Officer's Signature
**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response | | |

**Date Received:** 6-27-10     ☑ I concur     ☐ I do not concur     ☐ Remand
**Comments:**

_____                                   6-27-10
Chief Administrative Officer's Signature                              Date

| Committed Person's Appeal To The Director | | |

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Randy Liebich                              R34940              6-8-10
Committed Person's Signature              ID#              Date



A-3



## Illinois
### Department of
## Corrections

**PAT QUINN**
Governor

**MICHAEL P. RANDLE**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

June 25, 2010

Randy Liebich
Register No. R34940
Stateville Correctional Center

Dear Mr. Liebich:

This is in response to your grievance received on June 14, 2010, regarding medical (requests Thyroid test and "complete" lab test), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

Offender did not show up on 2/10/10 and 2/11/10 for clinic, which is when he can get lab work done. Offender has to have symptoms in order to get thyroid hormone test which is done on clinic day. Offender will be rescheduled in future for the clinic.

Multiple appointment dates reflect that medical staff is following up with grievant.

The Grievance Officer's Report (1048) and subsequent recommendation dated May 20, 2010 and approval by the Chief Administrative Officer on June 20, 2010 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the grievance be denied as the offender's medical needs are being addressed by the Stateville Correctional Center Administration, in accordance with established policies and procedures.

FOR THE BOARD: _____
Jackie Miller
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Michael P. Randle
Director

cc: Warden Hardy, Stateville Correctional Center
Randy Liebich, Register No. R34940

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

A-4

| Date: 4-25-2010 | Offender: (Please Print) Randy Liebich | ID#: R34940 |

| Present Facility: Stateville C.C | Facility where grievance issue occurred: Stateville C.C |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [x] Medical Treatment
- [ ] Restoration of Good Time
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): Grievance Denial

- [ ] Disciplinary Report: _____ / _____
                          Date of Report    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer,** only if EMERGENCY grievance.
   **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I have filed several medical grievances concerning my health issues all of which have been improperly denied due to inaccurate and incomplete responses that have nothing to do with these legitimate medical complaints. A recent grievance that I filed earlier this month illustrates this point (see attached grievance). In the attached grievance I request medical treatment for abdominal pains that have been recurring for an extended period of time now. I also requested a thyroid hormone test because I am experiencing most if not all of the symptoms of hypothyroidism. I will address the response to that grievance in sequence. "**According to medical chart** I/M **Liebich had medical furloughs on 12/22/09, 1/5/10, and 2/5/10**": These Medical furloughs were to UIC hospital to see a cardiologist because I am experiencing chest pain, heart palpitations and irregular heart-

**Relief Requested:** 1) I want a thyroid hormone test.   2) I want treatment for my abdominal pains 3) I want MRI and any other necessary test to determine cause of headaches.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Randy Liebich | R34940 | 4/26/2010 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 5,1,10

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** THIS GRIEVANCE IS IN moot StAtus All ISSUES hAVE bEEN pREViously AddREssed.

| Bishop CCI | | 5,4,10 |
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: RECEIVED
SEP 16 2010
OFFICE OF
INMATE ISSUES

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| | |
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender           Page 1           DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

beer.(All signs of hypothyroidism) these visits had nothing to do with abdominal pain or thyroid exam; Next,**"I/M refused RECTAL exam on 1/6/10.":**This was a standard examination that I was recomended to receive some time in the near future since I'm now over 30 years of age.Again,this had nothing to do with abdominal pains or thyroid test; **"2/3/10 was seen and percribed Fibercon and Acetaminophen (tylenol)"** : Fibercon was perscribed for constipation(a symptom of Hypothyroidism) Acetaminophen (tylenol) was perscribed for persistent headaches that I have been complaining of for a year now with no attempt by the medical staff to find out what is causing these headaches.Again,the fact that I was perscribed these two medications have nothing to do with my abdominal pains that I currently experience or my request for thyroid test;**"On 2/5/10 prescriptions written for cholesterol and blood pressure."**:The blood pressure medication was not even an issue in my grievance the perscription written on 2/5/10 was for the month of February.I did not have this medication all month during March;**"I/M has not showed up for clinic appointments on 2/10/10 or 2/11/10 which is when blood work can be done."**:For one,I was never aware of these alleged clinic appointments on 2/10 or 2/11.Missing clinic appointments requires the signing of a medical refusal form,some thing that I never did.Even if such appointments did exist,they were allegedly scheduled for February.My request for a thyroid test was made at the end of March and my grievance for the refusal of that test was filed 4/2/10;

Lastly,~~"I/M have to have symptoms in order to get thyroid hormone test.":~~
My medical records along with several grievances that I have filed contain a myriad of symptoms associated with hypothyroidism,yet I am still refused this test,why is it? Symptoms of hypothyroidism are subtle and develope gradually,they may be mistaken for depression,facial expressions become dull,voice is hoarse and speech is slow,eyelids droop the eyes and face become puffy.Many people with hypothyroidism again weight,become constipated and are unable to tolerate cold.The hair becomes sparse,coarse and dry.The skin becomes coarse,dry and scaly.Pulse may slow and at times people may become confused and forgetful.Heart palpitations may occur along with high blood pressure and constant feelings of tiredness,weakness,and fatigue,excessive sweating and anxiety.I have every one of the symptoms described above and still the medical staff does not believe these symptoms are enough to receive this test.They also believe that if they ignore my headaches and abdominal pains it will go away by itself.It's been an ongoing for a year now so that has proven not to be the case.All of the responces to my past grievances and to the attached grievance in so many words indicate that I'm not entitled to medical treatment for my current medical issues because I was seen in the past for the same issues.Despite past visits to the medical clinic,that does not change the fact that these problems still exist today and were never prparly addressed.Not only am I being denied prper medical attention,I'm being denied an opportunity to document a complete and accurate medical history for my medical file. Should this grievance be submitted to the Wardens office,grievance office,or the administrative review board,I ask that you please throughly consider and review my issues and not just simply refer to the first responce that will say I had been seen on such and such date; because if I had not been properly tested,diagnosed,and treated,the number of times I've been called to health care means nothing.

A-5

TO: The ARB                                    9-15-2010
FR: Randy Liebich R34940        Stateville Correctional Center

   This grievance has been pending in the Stateville
grievance office for well over 4 months and they
refuse to respond even after I wrote them 4 letters
requesting a response to my grievance. This Failure to
respond is rendering administrative remedies unavailable
to me. Please address the issues in my grievance since
Stateville's grievance office refuses to do so.
   I would also like to point out that the issues
claimed to have been previously addressed have not been
addressed. I have not been treated properly for my
abdominal pains or Headaches. I still currently suffer
from these pains because Stateville refuses to give me
the appropriate care that I need.
   Please grant the relief requested so that I can get
the help that I need.
                        Thank you for your time-

                              Randy Liebich

RECEIVED

SEP 16 2010

OFFICE OF
INMATE ISSUES

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 4-2-2010 | Offender: (Please Print) Randy Liebich | ID#: R34940 |
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

☐ Personal Property   ☐ Mail Handling   ☐ Restoration of Good Time   ☐ Disability
☐ Staff Conduct   ☐ Dietary   ☒ Medical Treatment   ☐ HIPAA
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator   ☐ Other (specify): _____

☐ Disciplinary Report: ___ / ___ / ___
 Date of Report         Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer**, only if EMERGENCY grievance.
   **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: _This Grievance is in regard to the refusal of my request for medical treatment and the denial of my request for a Thyroid Hormone test and complete lab test._

_Elementary principals of the cruel and unusual punishment clause of the Eighth Amendment establish the government's obligation to provide medical care for those whom it is punishing by incarceration, Estelle v. Gamble, 429 U.S. 97, 50 L.Ed.2d 251, 97 Sct 285 (1976)_

_states have an affirmative duty under the Eighth Amendment to provide medical care to their inmates. Duckworth v Ahmad, 532 F.3d 675 (7th cir 2008) I have been experiencing severe abdominal pain, on and off, for_

Relief Requested: _____

_To recieve a Thyroid Hormone Test_
_To recieve treatment for abdominal pains and Full lab work_

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Randy Liebich                        R34940        4, 2, 2010
Offender's Signature              ID#              Date

(Continue on reverse side if necessary)

---

| | **Counselor's Response** (if applicable) | |

Date Received: 4, 3, 10   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _According medical chart I/m Liebich R34940 had medical Furloughs on 12/24/10 1/5/10 and 2/5/10, 1/6/10 I/m refused rectal exam and 24 hour urine test. 2/3/10 was seen and prescribed Fibecon and acetamephin, on 2/5/10 prescriptions written over Bishop cy_

Bishop cy                                    4, 10, 10
Print Counselor's Name     Counselor's Signature     Date of Response

---

| | **EMERGENCY REVIEW** | |

Date Received: ___ / ___ / ___   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
                                                                                  ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____          ___ / ___ / ___
Chief Administrative Officer's Signature          Date

RECEIVED

SEP 16 2010

OFFICE OF
INMATE ISSUES

Distribution: Master File; Offender          Page 1          DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

quite some time now. I've been seen for this issue several times but the pains keep recurring. I would like to get to the root of this problem and find out what is causing me to have these pains.

I would also like to have a thyroid hormone test conducted now that I know that other symptoms that I have are associated with Hyperthyroidism and thyroid disease. The symptoms I have are: heart palpitations, High Blood pressure, feelings of weakness and fatigue, and excessive weight gain; just to name a few. These are well known signs of Thyroid disease and without the proper test to determine if I have this, I cannot be diagnosed and treated.

In addition, a full lab test needs to be conducted to determine what is causing the pains in my abdominal area and also to check my lipids and cholesterol levels. I have not had my cholesterol medication in over a month due to the medical staff's negligence.

I have placed several requests to health care regarding these issues, all of which have been disregarded. I then asked counselor Bishop to speak to the medical department for me, which he did, and their response to him was that "I have been seen before so I will not be seen again." This response is inexcusable and unacceptable. What does that have to do with the pains that I am experiencing right now and the medical staff's blatent disregard for my medical condition. And why am I being refused a medical test for a potentially serious medical condition that I have all of the symptoms of.

This is not the type of medical care that I'm guarenteed under the Eighth Amendment of our Constitution.

FOR CHOLESTERAL AND blOOD PRESSURE. I/m HAS NOT SHOWED UP ON 2/10/10 AND 2/11/10 FOR CLINIC WHICH IS WHEN HE CAN GET lAb WORK DONE. I/m'S HAVE to HAVE to SYMTOMS IN ORDER to GET #THYROID HORMONE TEST WHICH IS DONE ON CLINIC DAY WILL bE RESCEDULED IN FUTURE FOR CLINICS. NO FUTURE APPOINTMENTS AT tHIS TIME.

A-7

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
### Return of Grievance or Correspondence

Offender: _Lielich_ _Randy_ _____ _R34940_
          Last Name          First Name      MI      ID#

Facility: _____ _Sta_

☑ Grievance: Facility Grievance # (if applicable) _____ Dated: _4-26-10_ or ☐ Correspondence: Dated: _____

Received: _9/16/10_      Regarding: _medical issues from April_
          Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide a copy of your written Committed Person's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Committed Person's Grievance Report, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:    Administrative Review Board
                                                              Office of Inmate Issues
                                                              1301 Concordia Court
                                                              Springfield, IL   62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
                         319 E. Madison St., Suite A
                         Springfield, IL   62706

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☑ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on ___/___/___.
                                                  Date

☑ No justification provided for additional consideration.

**Other** (specify): _____

_____

Completed by: ____Gina Allen____      _Gina Allen_      _10/11/10_
              Print Name                  Signature         Date

Distribution:  Offender
               Inmate Issues                 Printed on Recycled Paper              DOC 0070 (Rev. 8/2010)

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

| Date: 7-1-2010 | Offender: (Please Print) Randy Liebich | ID#: R34940 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☒ Other (specify): 1729

☐ Disciplinary Report: ____/____/____ Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Administrative Review Board,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On 6-26-2010 I was sent to the health care unit for an emergency visit because I was unable to urinate and I was in serious pain when I tried. A "Fill in" doctor from Logan correctional center was the only doctor on duty. I was forced to sign a money voucher for a $2.00 co-payment or I would not recieve treatment. This is not suppose to be required for emergency treatment. Upon examination, it was discovered that I had a large kidney stone, approximately 8mm - 9mm in diameter, lodged below the tip of the urethra. Since the stone was obviously too large to pass on its own, this doctor attempted to extract the stone by using a painful, highly invasive, and inappropriate procedure. He took an unsterilized pair of forceps and inserted them into the tip of the penis to try

**Relief Requested:** 1. compensation for the Damage and unnecessary pain and suffering that I had to endure; 2. To immediately recieve the appropriate pain relievers; 3. Reimburse the $2.00 co-payment I should not have been charged; 4 To be free from retaliation.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Randy Liebich_ Offender's Signature          R34940 ID#          7 / 1 / 2010 Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 7, 2, 10    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: According medical director this is A Normal procedure that is done. As of this date 7/7/10 medication was delivered and this situation was considered a medical emergency reimbursement of $2.00 is due. Employee's are not allowed to discuss medical issues of I/m per HIPP.

Bishop CEI
Print Counselor's Name          _signature_ Counselor's Signature          7, 9, 10 Date of Response

---

**EMERGENCY REVIEW**

Date Received: ____/____/____    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____ Chief Administrative Officer's Signature          ____/____/____ Date

---

Distribution: Master File; Offender          Page 1          DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

to pull the stone out by force without any form of Anesthesia. This is not a generally accepted medical procedure for a situation like this. I could not tolerate the excruciating pain so I told him to "stop it now" several times. He Just kept saying "dont worry, i'll get it." I had to physically remove his hands from me. Finally he said "Alright, i'll give you something to numb the pain and then i'll remove it with no problem." I was injected several times with "lidocaine" in that region and I was unable to feel anything in that area. This time he used the forceps to stretch open the urethra and went in with a pair of tweezers. After several attempts to remove the stone I began bleeding profusely because he punctured me with the tweezers. I was unable to feel this at the time because of the lidocaine but I could tell he did something wrong by the expression on his face and he immediately tried to cover it with a gause pad and some tape. I was then sent to St. Joe Hospital since this doctor finally realized that its impossible to extract the stone in this manner and he was only causing me more pain and damage. By the time that I arrived at the Emergency Room at St. Joe, the lidocaine was wearing off and I began to feel severe pain in that area that I did not experience prior to that doctors inappropriate "Back alley" procedure. That is when I realized that there was a puncture hole Just below the tip of the urethra caused by the tweezers. This doctors malpractice caused me unnecessary pain and suffering along with damage to a very sensitive organ of my body.

The doctors at the emergency room could not believe that the doctor at Stateville would attempt to try an unaccepted procedure such as this. At the E.R. the proper tests and treatment were performed. The treatment consisted of X-ray, Cat Scan, Blood and urinalysis, and a powerful anesthesia to put me to sleep so that the stone could be examined by a tiny camera and extracted by using a laser procedure. This is what should have been done in the first place. Instead, in an attempt to save money, this doctor chose his own experimental method at the expense of my physical well being. This has caused me much pain and suffering and I am unable to properly urinate because urine now discharges from this puncture hole when I urinate. I am still in excruciating pain and even more so when I attempt to urinate because I still have not been given the pain medication prescribed by the treating physician in the ER. at St. Joe on 6-26-2010. I should have been medicated imediately upon return to Stateville. I have made numerous requests for a med. tech. for pain medicine and to report side effects and that I have urine discharging from two different places when I urinate. Every time I ask a staff member to call me a med tech the response is "they know about you". On 7-1-2010 I asked S/o Colfax to call for me and he responded, "I know that they know already because I was there when they discussed you about these medical problems you complain about." The fact that they discussed my previous medical problems with this S/o demonstrates that im being retaliated against for exercising my constitutional right to file a grievance concerning my medical treatment in the past. Because of this I'm being left

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

A-8/2

to endure unnecessary pain and suffering. This is cruel and unusual punishment under the Eighth Amendment of the United States Constitution. The United States Supreme Court case of Estelle v Gamble, 97 S. ct. 285 (1976), mandates adequate medical care. They note 6 Prison they Law 17 states! Government has the obligation to provide medical care for those whom it is punishing.

Furthermore, The 14th Amendment of the United States constitution under due process of Law protects me from retaliation and harassment by staff or medical personel for exercising my constitutional right to file a grievance or for requesting proper and adequate medical care.

Bridges v. Gilbert, 557 F.3d 541 (7th cir 2009) quoting Bart v Telford, 677 F.2d 622, 625 (7th cir 1982) prison officials may not retaliate against inmates for filing grievances or otherwise complaining about their conditions of confinement.

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO COMMITTED PERSON'S GRIEVANCE

A-9

| Grievance Officer's Report | |
|---|---|

Date Received: 7/14/10     Date of Review: 7/19/10     Grievance # (optional): 1729

Committed Person: Randy Liebich                    ID#: R34940

Nature of Grievance: Medical Treatment

**Facts Reviewed:** Grievant claims that he received inappropriate medical care for a kidney stone lodged at the tip of his urethra. He also claims he was charged a $2.00 co-pay and he should not have been charged and that he did not receive pain medication. He wants to be monetarily compensated for his pain and suffering.

Per Medical Records on 7/16/10, grievant was seen by outside hospital on 6/26/10. The procedure used at Stateville was a normal procedure. Motrin medication was prescribed to grievant on 6/29/10. No $2.00 co-pay was ever charged to grievant.

**Recommendation:** **Issues appear to be resolved as grievant appears to be receiving appropriate medical care. There is no justification for any monetary compensation.**

Anna Dockery, CCII
_Print Grievance Officer's Name_          _Grievance Officer's Signature_
**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response | |
|---|---|

Date Received: 7/21/10     ☑ I concur     ☐ I do not concur     ☐ Remand

Comments:

_Marcus Hardy_                    7/23/10
_Chief Administrative Officer's Signature_          _Date_

| Committed Person's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_Randy Liebich_          R-34940          7/28/2010
_Committed Person's Signature_     ID#          Date

A-10



**PAT QUINN**
Governor

## Illinois
## Department of
## Corrections

**GLADYSE C. TAYLOR**
Acting Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

October 14, 2010

Randy R. Liebich
Register No. R34940
Stateville Correctional Center

Dear Mr. Liebich:

This is in response to your grievance received on August 12, 2010, regarding Medical (treatment for kidney stone) and Business/Trust ($2 co pay), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

Your written grievances dated July 1 and July 12, 2010 have been reviewed. You claim you are not getting proper treatment for kidney stones.

The Grievance Officer's Report (1729) and subsequent recommendation dated July 19, 2010 and approval by the Chief Administrative Officer on July 23, 2010 have been reviewed.

Per medical records Liebich was seen by outside hospital on June 26, 2010. Procedures used at Stateville were according to protocol and standard. Motrin was prescribed on June 29, 2010 to Liebich. The $2 co pay was never placed against Liebich trust fund account.

Based on a total review of all available information, and in accordance with DR504.850, it is the opinion of this office that the grievance has been ruled no merit; therefore no action will be taken.

FOR THE BOARD: _____
Gina Allen
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Gladyse C. Taylor
Acting Director

10/x/10

cc: Warden Marcus Hardy, Stateville Correctional Center
Randy R. Liebich, Register No. R34940

ILLINOIS DEPARTMENT OF CORRECTIONS

## OFFENDER'S GRIEVANCE

A-11

| Date: July 12, 2010 | Offender: (Please Print) Randy Liebich | ID#: R34940 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability    AUG 1 4 2010

☐ Staff Conduct    ☐ Dietary    ☒ Medical Treatment    ☐ HIPAA    2003

☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify):

☐ Disciplinary Report: _____ / _____ / _____

                       Date of Report                           Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    **Chief Administrative Officer,** only if EMERGENCY grievance.
    **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

**Brief Summary of Grievance:** I had been complaining about abdominal Pains for literally Months, suffering tremendous pain on numerous and frequent occassions, I was not recieving proper care, and had I received the proper Medical Tests, and recieved a proper diagnoses and Treatment literally "Months Ago", My Medical situation would not have progressed to the degree Where I had to suffer needlessly and recieve Surgery which could have been prevented, and I would not have indured inappropriate medical procedures and extreme pain and permenent injury at Stateville Correct-ional on 6-26-2010 by a "Fill-in" Doctor from Logan Correctional Center (Subject of another Grievance dated 7-1-10) --(Con't on Back)

**Relief Requested:** Hold someone accountable for the improper medical care, and failure to give proper tests and treatment to prevent the unnecessary Suffering, pain, and inappropriate medical treatment once the situation was properly diagnosed.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Randy Liebich_             R34940       7 / 12 / 2010

    Offender's Signature                   ID#                       Date

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

| Date Received: 7 / 16 / 10 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

**Response:** THIS GRIEVANCE IS IN moot STATUS.

_R. Stof_    CT                    _RH_        7 / 29 / 10

Print Counselor's Name                                  Counselor's Signature           Date of Response

---

### EMERGENCY REVIEW

| Date Received: _____ / _____ / _____ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

                                                             Chief Administrative Officer's Signature                        _____ / _____ / _____
                                                                                Date

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE** (Continued)

The Failure to provide proper Medical Care, Tests and Treatment, Caused me to be in severe pain on numerous days needlessly, made me have many sleepless nights due to having to endure excruciating abdominal pains for many hours on end, until one day I had not urinated for over 36-hours only to find out from a "Fill-in" Doctor, that I had a Kidney Stone, so big, (Approx. 8mm to 9mm in diameter) that the Doctor improperly tried to remove it without anstesia, and durin; the course of this doctors ill-fated attempts, he caused further damage by "puncturing a hole in me with a pair of tweezers which caused profused bleeding, that caused this doctor to send me out to an outside hospital to perform surgery due to this Logan Doctor's inappropriate medical treatment and unnecessa Injury he caused, now I urinate in two streams.

Someone needs to be held accountable for not providing proper medical care and tests 'before' this situation had gotten that bad, and the Logan Doctor unnecessarily caused physical injury and suffering.

A-12



## Illinois
## Department of
## Corrections

**Pat Quinn**
Governor

**Michael P. Randle**
Director

Stateville Correctional Center
Route 53, P.O. Box 112
Joliet, IL 60434

Telephone: (815) 727 -3607
TDD: (800) 526-0844

# MEMORANDUM

DATE:     08/11/10

TO:        Liebich, Randy   R34940
           B1007

FROM:     Colleen Franklin, CCII 
          Grievance Office

SUBJECT:  **ATTACHED GRIEVANCE  -# 2003 Medical Treatment**

The attached grievance is being returned for the following reason:

_____ It needs to be rewritten and submitted to your counselor on the attached
        IDOC Offender's Grievance form.

_____ It was not filed within 60 days of discovery of the incident, occurrence, or
        problem which gives rise to the grievance as required in DR 504F, Grievance
        Procedures for Committed Persons.

_____ Issue needs to be discussed with your counselor for possible resolution.

_____ No issue outlined in grievance.

_____ It appears that no attempt has been made to resolve the issue as required by DR
        504F.

_____ Issue is currently being reviewed by the Office

_____ Issue previously addressed.  No justification for further action.

___X___ Other: This grievance is a duplicate to # 1729 Medical treatment that
        was addressed by this office and signed off by the Warden on 7/23/10

cc:     file

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

A-13

| Date: 8-13-2010 | Offender: (Please Print) Randy Liebich | ID#: R34940 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |
|---|---|

Received
Grievance Office
SEP. 16. 2010
STA # 2505

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** This grievance is in regard to the medical staff's refusal and neglect to document a complete and accurate medical history in my medical file. Specifically, Dr. Gosh, Zhang, Dr. John Doe who was just filling in from Logan Correctional Center and treated me on 6/26/2010, and Dr. John Doe who transferred here from Pontiac Correctional Center and examined me on 8/10/2010.

Since the medical procedures performed on me on 6-26-2010, I have had four visits to the health care unit (6-28-2010, 7-2-2010, 7-6-2010, and 8-10-2010). Each time, I have explained to these doctors that I have been experiencing numerous symptoms and side effects associated with

**Relief Requested:** 1.) Incorporate all of this medical history into my medical file; 2.) Continue with my follow up treatment at St. Joseph to determine the cause of the remaining symptoms.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Randy Liebich | R34940 | 8 13 2010 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

| **Counselor's Response (if applicable)** |
|---|

Date Received: 8 14 10    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: According to medical chart all dates were documented except for 7/6/10 which there was no appointment scheduled.

| R. Bishop  CCII | | 9, 10, 10 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

| **EMERGENCY REVIEW** |
|---|

Date Received: _____ / _____ / _____    Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| | _____ / _____ / _____ |
|---|---|
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender                    Page 1                    DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

my pre-existing medical condition and treatment of that condition. I also explained to them that I had suffered physical damage caused by the procedure that was attempted by Dr. John Doe from Logan Correctional Center on 6-26-2010.

I have explained to all of these doctors that i'm still experiencing pain in my right kidney which travels around the right flank and into my lower abdomen; I have been dealing with a constant discomfort in my bladder area since the procedure was performed at St. Joseph Medical Center on 6-26-2010; I can no longer urinate in a straight steady stream, it's more of a spray; I now urinate in two seperate streams one from my urethra and one from the hole that was punctured just below the opening of the urethra by the Logan doctor on 6-26-2010. I actually showed this damage to Dr. Gosh and the Pontiac doctor who examined me on 8-10-2010 and I insisted that they document it in my charts. Dr. Gosh's response was "Don't worry about that, it will heal up soon." And when I repeatedly asked the new doctor from Pontiac on 8-10-2010 to document these symptoms and the damage he became angry and terminated our examination, telling me to return to my unit.

Before filing this grievance I've taken multiple steps to resolve this issue and have an accurate medical history recorded. I wrote the Health Care unit; I spoke to doctors personally; I have discussed this with my counselor repeatedly on at least ten occasions; and last but not least, I wrote a letter to warden Osbourne describing my medical issues and medical staff's failure to document them. A copy of this letter was cc'd to Attorney Heather Kirkwood.

On 8-12-2010 I recieved a copy of my medical records from 6-26-2010 to my last appointment on 8-10-2010 These records confirm that none of this significant medical history was ever documented. The failure to document this information may affect the way that I'm treated medically in the future.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

A-14

| Date: 9-6-2010 | Offender: (Please Print) Randy Liebich | ID#: R34940 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: | |

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability
☐ Staff Conduct ☐ Dietary ☒ Medical Treatment ☒ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify):

SEP 0 8 2010
2383

☐ Disciplinary Report: ____/____/____
Date of Report     Facility where issued

STA # 266

SEP 24 2010

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer**, only if EMERGENCY grievance.
   **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** _This grievance is in regard to the medical staff's failure to provide me with proper medical care for a condition which causes me extreme pain and discomfort that I have been suffering since medical procedures performed on 6-26-2010, which were due to the neglect of my medical condition in the first place._

_Since these procedures I've been experiencing constant pain and swelling / bloating discomfort in my bladder area which does not go away. I am unable to fully empty my bladder when I urinate and at times the urine discharges in a slow dribble. This excess storage of urine can lead to possible infection and or kidney damage._

**Relief Requested:** _To be sent back to St. Joseph medical center immediately for the appropriate diagnosis and treatment to correct my medical condition._

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Randy Liebich_                    R34940          9 / 6 / 2010
Offender's Signature                    ID#              Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (If applicable)

Date Received: 9 / 14 / 10     ☐ Send directly to Grievance Officer     ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: According to medical chart I/m Liebich was seen on 9/16/10 to have X-ray done and 9/17/10 for follow up has pending urology appointment at outside hospital.

R. Bishop                         _[signature]_          9, 23, 10
Print Counselor's Name          Counselor's Signature     Date of Response

---

**EMERGENCY REVIEW**

Date Received: 9, 9, 10     Is this determined to be of an emergency nature?     ☐ Yes; expedite emergency grievance
☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_[signature]_                    9, 10, 10
Chief Administrative Officer's Signature          Date

---

Distribution: Master File; Offender          Page 1          DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

In addition, i'm experiencing sharp pains in my right kidney which travel around the right Flank and into my lower abdomen and testicles. These are the exact same pains/symptoms that I complained of for literally months which were ignored or treated and brushed off as constipation, ultimately leading to a trip to the emergency room to have a kidney stone surgically removed. I was suppose to return to St. Joseph medical Center for Follow up because once you experience kidney stones, it's likely that they will return. No Follow up was ever scheduled.

I believe these symptoms are a repeat of my previous kidney stone problem and the other symptoms previously mentioned are the result of the cystoscopy and laser procedure performed at St. Joseph.

Since 6-26-2010, I have placed 9 medical requests to health care for treatment. These requests have all been ignored. I was seen for the astma clinic around 8-10-2010 at which time I explained all of these symptoms to the doctor and even showed him some physical damage that was caused here at Stateville on 6-26-2010 by an attempted procedure before sending me out to the emergency room. He failed to provide me with any medical care and neglected to document any of these symptoms in my medical File.

On 8-11-2010, PA Williams was conducting in house sick call for B-House. I wrote a detailed medical request for medical treatment and gave it to C/o Applegate to deliver to PA Williams. He later assured me that he put it in her hands. I still have not seen a doctor or recieved any treatment.

On 8-29-2010 I attempted to make one Final request by giving a nurse, who was passing out medication on 3pm-11pm shift, a detailed medical request. Still no medical attention.

This blatent disregard for my medical condition is causing me to be subjected to needless pain and discomfort as well as placing my health and physical well being at risk. This is no minor medical condition. This is a serious matter requiring immediate medical attention before it causes me irreparable harm.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

A-15

| Date: 9-22-2010 | Offender: (Please Print) Randy Liebich | ID#: R34940 |

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |

**NATURE OF GRIEVANCE:**

Received Grievance Office SEP 2 4 2010

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [X] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify):

Received OCT 2 0 2010  2997 STA #

STA # 2657

- [ ] Disciplinary Report: _____ / _____
  Date of Report    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** This is an emergency medical grievance requesting immediate medical treatment. Im in constant severe pain and cannot urinate enough to empty my bladder, causing constant swelling and discomfort. I feel some sort of obstruction in my urinary tract which is preventing me from urinating properly.

I have a medical problem with kidney stones and it is an extremely painful condition. In June I had to have a large stone surgically removed. I now have kidney stones again which was confirmed by an x-ray taken on 9-16-2010.

The neglect of this condition by doctors in the past resulted in a surgery

**Relief Requested:** Immediate medical treatment for my kidney stones from an outside hospital.

- [X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Randy Liebich | | R34940 | 9, 22, 2010 |
| Offender's Signature | | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 10 / 1 / 10

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: This is a duplicate grievance. (Pending)

| R. Bishop | | | 10, 12, 10 |
| Print Counselor's Name | | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: 9, 27, 10

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [X] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Marcus Hardy | | 9 28 10 |
| Chief Administrative Officer's Signature | | Date |

which could have been prevented. Now once again my medical treatment is being prolonged. Each day my condition progresses and becomes more and more painful. I need immediate treatment before I end up in the operating room again. This is not a condition that can be treated here at statville. I need to see a Urologist. **THIS IS AN EMERGENCY**

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

A-16

| Grievance Officer's Report |
|---|

Date Received: **September 16, 2010**     Date of Reviewed: **April 4, 2011**     Grievance #2505, 2665, 2997

Committed Person: **RANDY LIEBICH**        I.D.# R34940

Nature of Grievance: **MEDICAL TREATMENT**

**Facts Reviewed:** Grievant alleges that his self reported medical history was not documented in his medical records. He also alleges that he is not receiving proper medical treatment for the continued urinary issues. He wants all of his medical history documented and he wants follow up treatment at St. Joseph Hospital.

**Counselor Response:** per R. Bishop on 09/10/10, according to medical charts all dates are documented except for 07/06/10 which there was no appointment scheduled. On 09/23/10, according to medical chart inmate was seen on 09/16/10 to have an x-ray done and 09/17/10 for a follow up. Has pending urology appointment at outside hospital.

**Grievance Officer finds that per OTS and medical records grievant was:**

Seen on 06/26/10 by HCU for the complaint of kidney stones – sent to St. Joseph Hospital

Sent to and admitted on 06/26/10 to St. Joseph Hospital for the complaint of kidney stones

Seen on 06/27/10 by HCU upon return to Stateville after discharge from St. Joseph Hospital

Seen on 06/28/10 by HCU for follow up

Seen on 07/02/10 by HCU for follow up

Seen on 07/06/10 by Lab for ordered lab tests

Seen on 09/15/10 by Dr. Ghosh regarding continued issue of urinary concerns – ordered x-ray – refer to UIC for consult

Seen on 09/16/10 for x-ray

Seen on 03/02/11 by UIC Urology Clinic

Seen on 03/17/11 by UIC Urology Clinic

This Grievance Officer has no medical expertise or authority to contradict the Doctor's recommendation / diagnosis.

**Recommendation:** Based on a review of all available information, grievance issue is MOOT.

_Colleen Franklin, CCII_                       _[signature]_
Print Grievance Officer's Name               Grievance Officer's Signature
**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

Date Received: _4/7/11_    ☑ I concur    ☐ I do not concur    ☐ Remand
Comments

_[signature] Marcus Hardy_        _4/8/11_
Chief Administrative Officer's Signature               Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_[signature] Randy Liebich_        _R34940_        _4-12-11_
Committed Person's Signature            ID#             Date



A-17

**PAT QUINN**
Governor

**S.A. GODINEZ**
Director

**Illinois**
Department of
**Corrections**

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

June 16, 2011

Randy R. Liebich
Register No.  R34940
Stateville Correctional Center

Dear Mr. Liebich:

This is in response to your grievance received on April 21, 2011, regarding Medical (has not been properly treated for urinary issues, offenders self reported medical issues have not been documented in his medical file and request for all medical follow-up to be conducted at St. Joseph's Medical Center), which was alleged to have occurred at Stateville Correctional Center.  This office has determined the issue will be addressed without a formal hearing.

Your written grievances dated August 13, 2010, September 6, 2010 and September 22, 2010 regarding the above issue have been reviewed.

The Grievance Officer's Report (2505, 2665 and 2997) and subsequent recommendation dated April 4, 2011 and approval by the Chief Administrative Officer on April 8, 2011 have been reviewed.

The detailed list of visits/treatment/services performed to/on Liebich as reported by the Grievance Officer has been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration.  It is, therefore, recommended the grievance be denied as Liebich has been treated in accordance with protocol.


FOR THE BOARD:  _____
                Gina Allen
                Administrative Review Board
                Office of Inmate Issues


CONCURRED:  _____
            S.A. Godinez
            Director                    6/20/11

cc:   Warden Marcus Hardy, Stateville Correctional Center
      Randy R. Liebich, Register No. R34940

A-18

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 1-10-2011 | Offender: (Please Print) Randy Liebich | | ID#: R34940 |
|---|---|---|---|
| Present Facility: Stateville | | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): 908
- [X] Disciplinary Report: 1 5 2011 Stateville
  Date of Report / Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On 1-5-2011 at approximately 7:20am, Internal Affairs ran up into my cell and rushed me out of bed informing me that I had to step out and take a drug screen. I was not able to provide a urine sample within the time frame I was given due to medical problems that I've been suffering from. These medical issues are documented throughout my medical file as well as through several grievances that I've filed regarding medical treatment. These records indicate that I have been suffering from kidney stones, irritation in my bladder, and trouble urinating. I explained this repeatedly to the IA officers and rather than verify my condition, I was thrown in disciplinary segregation and told to "Grieve it!" I am

**Relief Requested:** 1. To be immediately removed from disciplinary segregation and placed back in Unit B. 2. Expunge this disciplinary report from my record

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Randy Liebich / Offender's Signature    R34940 / ID#    1 10 2011 / Date

*(Continue on reverse side if necessary)*

| **Counselor's Response** (if applicable) | |
|---|---|
| Date Received: 1 13 11 | [ ] Send directly to Grievance Officer [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

**Response:** Submitted grievance to the grievance office with attachments

L. Dennis / Print Counselor's Name    L. Dennis / Counselor's Signature    2 26 11 / Date of Response

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: / / | Is this determined to be of an emergency nature? [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

being punished For a medical condition that I have no control over.

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

A-19

| Date: 1-26-2011 | Offender: (Please Print) Randy Liebich | ID#: R34940 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability

☐ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ HIPAA

☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify): 06-20

☒ Disciplinary Report: 1 / 5 / 2011     Stateville
       Date of Report         Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

     Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
     Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
     Chief Administrative Officer, only if EMERGENCY grievance.
     Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
     administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
     Administrative Officer.

Brief Summary of Grievance: On 1-5-2011 I was ordered to produce a urine specimen by Internal Affairs for a drug screen test. I wasn't able to provide one within the time frame I was given due to medical difficulties. I frequently suffer from kidney stones in addition to bladder irritation and trouble urinating. I explained this to Internal affairs and asked them if they would allow me some additional time to provide a sample as a courtesy due to my medical condition, however, they refused and sent me to disciplinary segregation.

     On 1-13-2011 I had a hearing on this matter at which time I informed the adjustment committee of the nature of my condition and explained to them that this was the reason why I didn't provide a sample within the time I was

Relief Requested: Dismiss and expunge this charge then return me to Unit B-House.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Randy Liebich        R34940    1 / 26 / 2011
Offender's Signature         ID#        Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 2 / 1 / 11    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to
                                                  Administrative Review Board, P.O. Box 19277,
                                                  Springfield, IL 62794-9277

Response: See IDR + summary attached
Medical Records can verify medical issues

S. Hassin                    2 / 3 / 11
Print Counselor's Name         Counselor's Signature      Date of Response

---

**EMERGENCY REVIEW**

Date Received: _____ / _____ / _____    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
                                                                      ☐ No; an emergency is not substantiated.
                                                                      Offender should submit this grievance
                                                                      in the normal manner.

_____        _____ / _____
Chief Administrative Officer's Signature            Date

given. I also explained that I currently have an appointment pending for the urology department at UIC Hospital for treatment of this condition. It has been approved since 9-22-2010, however Stateville has not yet sent me out for treatment. I specifically told this committee that all of this could be verified through my medical records and grievances I been filing for the last several months requesting medical treatment for this condition. The committee however, never even bothered to verify my defense which was evident by the "Flat out lie" they told in the summary report.

On 1-19-2011 I recieved my summary report stating that I was found guilty because I couldn't provide proof of the medical condition that I have and that my medical records have nothing in them about problems urinating. "The proof that I couldn't provide was in the medical records that I specifily told them to check." Had they really bothered to check it would have been discovered:

On 6-26-2010 I was sent to the emergency room to have a kidney stone surgically removed that was obstructing urine flow.

The "medical Directors QA Emergency Report" form dated 6-26-2010 states "Patient was unable to urinate."

9-22-2010 - Urology appointment approved at UIC.

9-25-2010 - "Inmate not able to urinate for 24°"

9-25-2010 - Admitted to infirmary, catheter installed to drain my bladder.

9-27-2010 - Discharged from infirmary, Urology appointment at UIC Hospital confirmed, "Inmate is urinating but has a hard time starting a stream of urine".

All other medical records from 6-26-2010 to present date verify kidney stones, bladder discomfort and irritation, pain in bladder area, problems with urination, not able to fully empty bladder when urinating, pains in right kidney. 11-10-09 - Pt, not able to urinate for 24°

Grievances I've filed on 6-26-2010, 9-6-2010, and 9-22-2010 all indicate trouble with urination. All of these documented undeniable facts demonstrate that the adjustment committee never really bothered to investigate my defense and their response in the summary report justifying them finding me guilty is a "Flat out lie." Their failure to investigate to verify my defense denied me due process and a fair hearing. All of these facts justify dismissal and expungement of this charge.

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| **Date Received:** 2/4/11 | **Date of Review:** 3/24/11 | **Grievance #** (optional): 0620 +988 |

**Committed Person:** *Randy Liebich*_____ ID#: R34940

**Nature of Grievance:** *DR201100071/1-STA*

**Facts Reviewed:** *Grievant was issued a DR for 203 on 1/5/11 and was found guilty and received six months each c grade, segregation, GCC revocation, commissary restriction, contact visit restriction and $7.00 restitution. Grievant wants the ticket expunged because of a medical condition.*

*Grievance Officer verified that offender does have a history of kidney stones which could cause him not to urinate. Grievant had filed previous grievances pertaining to his inability to urinate prior to this disciplinary report. Grievance Officer also notes that grievant has no prior tickets for drug related issues.*

**Recommendation:** *Based upon a total review of all available information, it is recommended that grievance be EXPUNGED.*

**Anna McBee, CCII**
Print Grievance Officer's Name                     Grievance Officer's Signature
**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response | | |
|---|---|---|
| **Date Received:** 3/25/11 | ☐ I concur  ☒ I do not concur | ☐ Remand |
| **Comments:** | | |

Chief Administrative Officer's Signature          3/25/11
                                                    Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature          R34940          3/28/2011
                                      ID#               Date

A-21



**PAT QUINN**
Governor

**S.A. GODINEZ**
Director

**Illinois**
**Department of**
**Corrections**

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

June 3, 2011

Randy R. Liebich
Register No. R34940
Stateville Correctional Center

Dear Mr. Liebich:

This is in response to your grievance received on March 31, 2011, regarding a disciplinary report dated January 5, 2011, which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your written grievances dated January 7, 10 and 26, of 2011 regarding the above issued disciplinary report. You request the report be expunged and you returned to Unit B House.

This office has reviewed the disciplinary report 201100071/1-STA, written by CO Kissell, citing you for the offense(s) of 203-Drugs and Drug Paraphernalia. A review of the Adjustment Committee summary dated January 13, 2011 indicates you were found guilty. Recommended discipline was: 6 months C Grade, 6 months Segregation, Revocation 6 months GCC, Restitution of $7.00 paid to Stateville Correctional Center/IDOC, 6 months Commissary Restriction and 6 months Contact Visits Restriction. The Chief Administrative Officer concurred with the recommendation January 18, 2011.

Records show this office recommended to the Prisoner Review Board the GCC revocation of only 3 months. The Prisoner Review Boards decision is pending.

The Grievance Officer's Report (0620 and 988) and subsequent recommendation dated March 24, 2011 and approval by the Chief Administrative Officer on March 25, 2011 have been reviewed.

Based on a total review of all available information and a compliance check of the procedural due process safeguards outlined in DR504, this office is reasonably satisfied the offender committed the offenses and recommends the grievance be denied as sanctions are within the maximum recommendations allowed by DR504. Expungement or further reduction of sanctions will not be considered by this office. Final decision of the Prisoner Review Board regarding GCC revocation is pending. Cell assignment is an administrative decision.

FOR THE BOARD: *Gina Allen*

Gina Allen
Administrative Review Board
Office of Inmate Issues

CONCURRED: *S.A. Godinez*

S.A. Godinez
Director
6/7/11

cc: Warden Marcus Hardy, Stateville Correctional Center
Randy R. Liebich, Register No. R34940

IN THE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RANDY LIEBICH )
Plaintiff/Petitioner )
)
Vs. )        No._____
)
WARDEN MARCUS HARDY et.al. )
Defendant/Respondent )

### PROOF/CERTIFICATE OF SERVICE

TO: Clerk of the U.S. District Court       TO: _____
United States Court House                    _____
219 S. Dearborn street                        _____
Chicago, IL 60604                             _____

PLEASE TAKE NOTICE that on ___August___, 20_11_, I placed the attached or enclosed documents in the institutional mail at ___Stateville___ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

DATED: __August, 6, 2011__        /s/ _Randy Liebich_
                                   NAME: _Randy Liebich_
                                   I.D.O.C.#: _R34940_
                                   _Stateville_ Correctional Center
                                   P.O. Box: _112_
                                   _Joliet_ ,IL _60434_

Subscribed and sworn to before me this _5_ day of _August_, 20 _11_.

_Tyneer N. Butler-Winters_
Notary Public

OFFICIAL SEAL
TYNEER N. BUTLER-WINTERS
Notary Public - State of Illinois
My Commission Expires Jan 20, 2015