IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RANDY R. LIEBICH, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>WARDEN MARCUS HARDY; )<br>WEXFORD HEALTH SOURCES, Inc.; )<br>PARATHASARATHI GHOSH; LIPING ZHANG; )<br>RONALD SCHAEFER; DR. OBAISI, )<br>    Defendants. ) | 11-cv-05624<br><br>Hon. Judge Robert W. Gettlemen<br><br>Magistrate Judge Nan R. Nolan |

## MOTION FOR A QUALIFIED PROTECTIVE ORDER

Now comes the Plaintiff, **RANDY R. LIEBICH,** by and through his attorneys, **HALL PRANGLE & SCHOONVELD, LLC**, pursuant to 42 U.S.C. §1320d and 45 CFR Parts 160 and 164 (HIPAA) and requests that this court enter a qualified protective order, stating as follows:

    1.    Plaintiff has filed a case alleging violations of his civil rights arising out of a failure of defendants to provide medical care while an inmate of Stateville Correctional facility.

    2.    The defendants, treating physicians, hospitals and other health care providers disclosed by plaintiff in this case, are all "covered entities" as defined by 45 CFR 160.103. HIPAA prohibits covered entities from disclosing protected health information in judicial proceedings other than by authorization or qualified protective order. 45 CFR § 164.512(e).

    3.    These covered entities are all in possession of "protected health information" ("PHI") as defined by 45 CFR 160.103 and 160.501, in the form of medical records (imaging, test results, insurance documents, notes, orders, labs, correspondence, pathology, etc) pertaining to **RANDY LIEBICH.**

    4.    Both the prosecution and defense of this case will require that the parties, their attorneys, their attorneys' agents, consultants and various witnesses and other personnel receive and review copies of the PHI pertaining to **RANDY LIEBICH,** which is in the treating providers' possession.

    **WHEREFORE**, Plaintiff, **RANDY LIEBICH,** respectfully requests that this Court enter the proposed order permitting the use and disclosure of PHI created or received by any covered entity who has provided health care to **RANDY LIEBICH,** for any purpose connected with the pending litigation.

Respectfully submitted,

**HALL, PRANGLE & SCHOONVELD, LC**

s/April R. Walkup
Attorneys for Plaintiff, **RANDY LIEBICH**

April R. Walkup (ARDC# 6238306)
HALL PRANGLE & SCHOONVELD, LLC
200 So. Wacker Drive, Suite 3300
Chicago, Illinois 60606
(312) 345-9600  FAX 312.345.9608