**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RANDY R. LIEBICH | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 11-cv-05624 |
| | ) | |
| WARDEN MARCUS HARDY; | ) | Hon. Judge Robert W. Gettlemen |
| WEXFORD HEALTH SOURCES, Inc.; | ) | |
| PARATHASARATHI GHOSH, M.D.; | ) | Magistrate Judge Nan R. Nolan |
| LIPING ZHANG, M.D.; | ) | |
| RONALD SCHAEFER, M.D.; | ) | |
| SALEH OBAISI, M.D., | ) | |
|     Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO**
**FILE FIRST AMENDED COMPLAINT**

Plaintiff Randy R. Liebich respectfully moves the Court for leave to file Plaintiff's First

Amended Complaint, and in support of his motion for leave to file his amended complaint states:

1.      Plaintiff has filed a case alleging violations of his civil rights arising out of a

failure of defendants to provide medical care while an inmate of Stateville Correctional facility.

2.      Plaintiff seeks leave of this Court to file its First Amended Complaint, in order to

provide further factual detail for its claims.

WHEREFORE, Plaintiff requests that this Honorable Court grant leave to allow Plaintiff

to file his First Amended Complaint.

Dated April 24, 2012                                    Respectfully Submitted,

                                                       By: /s/ April Walkup___

                                                       April Walkup
                                                       Hall, Prangle & Schoonveld LLC
                                                       200 S. Wacker Dr.
                                                       Suite 3300
                                                       Chicago, IL 60606
                                                       (312)345-9600
                                                       awalkup@hpslaw.com
                                                       *Attorney for Plaintiff Randy Liebich*

2

4813-4910-0815, v. 1