**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Randy R. Liebich
                Plaintiff,

v.                                    Case No.: 1:11−cv−05624
                                          Honorable Robert W. Gettleman

Marcus Hardy, et al.
                Defendant.


**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Nan R. Nolan for the purpose of holding proceedings related to: discovery supervision and settlement. (gds) Mailed notice.


Dated: July 12, 2012

                                                              /s/ Robert W. Gettleman

                                                             United States District Judge