IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RANDY R. LIEBICH, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 11-cv-05624 |
| | ) | |
| WARDEN MARCUS HARDY; | ) | Hon. Judge Robert W. Gettlemen |
| WEXFORD HEALTH SOURCES, Inc.; | ) | |
| PARATHASARATHI GHOSH; LIPING ZHANG; | ) | Magistrate Judge Nan R. Nolan |
| RONALD SCHAEFER; DR. OBAISI, | ) | |
|     Defendants. | ) | |

## NOTICE OF MOTION

To:    Counsel of Record
*******************************************************************************

On August 30, 2012, at 9:15 a.m. or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ronald W. Gettlemen or any judge sitting in his stead, in the courtroom usually occupied by him in Courtroom 1703 at 219 South Dearborn, Chicago, Illinois, and then and there present the attached **Motion to Substitute and Withdraw as Counsel**.

| | |
|---|---|
| **Name:** HALL PRANGLE & SCHOONVELD, LLC. | **Attorney for:** Plaintiff |
| **Address:** 200 S. Wacker Drive, Suite 3300 | **City:** Chicago |
| **Telephone:** (312) 345-9600 | **Atty:** April R. Walkup |

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that she served a copy of the foregoing documents on all attorneys of record via electronic notification to EFC participants, and by U.S. Main to non-EFC participants at their respective addresses by depositing copies of same with proper postage prepaid in the U.S. Main at 200 S. Wacker Drive, Chicago, Illinois at or before 5:00 p.m. on August 24, 2012.

                                          By:    <u>s/April R. Walkup</u>
                                                  Attorney for Plaintiff

4837-8566-3759, v. 1

## **SERVICE LIST**

Liebich v. Warden Marcus Hardy, et al.
11-cv-05624
HPS File No.: Prob-0030

***Attorneys for Plaintiff***
April R. Walkup, Esq.
Hall Prangle & Schoonveld, LLC
200 South Wacker Drive, Suite 3300
Chicago, Illinois 60606
T: 312.345.9600
F: 312.345.9608

***Attorneys for Saleh Obaisi, M.D., Parathasarathi Ghosh, M.D., Ronald Schaefer, M.D., Liping Zhang, M.D. and Wexford Health Sources, Inc.***
Richard A. Tjepkema
Charysh & Schroeder, Ltd.
33 North Dearborn Street, Suite 1300
Chicago, Illinois 60602
T: 312.372.8338
F: 312.372.0222

4828-6628-1232, v. 1