## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                   Case Number: 11-5624

Liebich v. Hardy

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dr. Liping Zhang, Parathasarathi Ghosh, Ronald Schaefer, Wexford Health Sources, Inc.,Saleh Obaisi

| |
|---|
| NAME (Type or print)<br> Michael J. Charysh |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/  Michael J. Charysh |
| FIRM<br> Charysh & Schroeder, Ltd. |
| STREET ADDRESS<br> 33 N. Dearborn St., Suite 1300 |
| CITY/STATE/ZIP<br> Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 6187455 | TELEPHONE  NUMBER<br> 312-372-8338 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐