IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RANDY LIEBICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11 C 5624 |
| | ) | |
| MARCUS HARDY, et al., | ) | Judge Robert W. Gettleman |
| | ) | |
| Defendants. | ) | Mag. Judge Mary M. Rowland |

## EXHIBIT LIST

| Exhibit | Description |
|---|---|
| A | Letter to Defendants' Counsel (dated Sept. 13, 2013) |
| B | Letter to Defendants' Counsel (dated Oct. 15, 2013) |
| C | Letter to Counsel for Wexford Defendants (dated Oct. 30, 2013) |
| D | E-mail to Counsel for Wexford Defendants (dated Apr. 2, 2014) |
| E | E-mail from Counsel for Wexford Defendants (dated Apr. 2, 2014) |
| F | Letter to Counsel for Wexford Defendants (dated Apr. 2, 2014) |

Dated: April 4, 2014

Respectfully submitted,

/s/ Sarah Grady
Attorney for Plaintiff

Arthur Loevy
Jon Loevy
Michael Kanovitz
Russell Ainsworth
Vincenzo Field
Sarah Grady
LOEVY & LOEVY
312 N. May Street, Suite 100
Chicago, ILLINOIS 60607
(312) 243-5900

# CERTIFICATE OF SERVICE

      I, Sarah Grady, an attorney, certify that on April 4, 2014, I caused the foregoing Exhibit List to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

James Vlahakis
Albert Angelo
Tom O'Carroll
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 704-3751

Jessica Scheller
Office of the Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-6131

                                                /s/ Sarah Grady
                                                Attorney for Plaintiff