IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Randy Liebich | ) | Case No: **11 C 5624** |
| | ) | |
| v. | ) | |
| | ) | Judge: ROBERT W. GETTLEMAN |
| | ) | |
| Wexford Health Sources, Inc.. | ) | |
| et al | ) | |

**ORDER**

This Court's minute entry [220] dated 7/10/2015 dismissing this lawsuit is stricken. On stipulation, defendants Johnnie Franklin, Charles Frederick, Marcus Hardy, Nicole Jackson and Albert Kissell only, are dismissed without prejudice until such time as the State of Ill. issues payment to plaintiff, then, the dismissal shall be converted to with prejudice and without leave to reinstate.
Status hearing is set for 8/27/2015, at 9:00 a.m.

Date: July 13, 2015

ROBERT W. GETTLEMAN