IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RANDY LIEBICH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 11 C 5624 |
| | ) | |
| v. | ) | Judge Robert W. Gettleman |
| | ) | |
| WARDEN MARCUS, *et al.*, | ) | Magistrate Judge Mary Rowland |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO REINSTATE

Plaintiff, Randy Liebich, by his attorneys, Loevy & Loevy, respectfully requests that this Court vacate the dismissal for want of prosecution entered on April 28, 2016. In support, Plaintiff states as follows:

1. This matter was set for status on April 13 and April 27, 2016. Counsel for Plaintiff failed to appear at those status hearings and consequently Plaintiff's complaint was dismissed, without prejudice, for want of prosecution. Dkt. 259.

2. Counsel for Plaintiff's failure to appear was inadvertent and was not meant to frustrate or otherwise delay the proceedings of this case.

3. On March 30, 2016 Defendants filed a motion to substitute counsel. Dkt. 250. This motion was granted by the Court on April 8, 2016. Dkt. 256. On that same day, and in order to give Defendants' new counsel time to familiarize themselves with the case, Magistrate Judge Rowland extended expert discovery in this matter to May 9, 2016, setting a status in the case for May 10, 2016 at 9 a.m. (and striking the previously set status for April 11, 2016). Dkt. 257.

4. Counsel for Plaintiff mistakenly assumed that this meant that the status set in front of this Court was similarly stricken. This was a clear, but inadvertent, error on the part of Plaintiff's counsel. Counsel for Plaintiff accepts full responsibility for this mistake but explains that his mistaken assumption was based on previous status hearings in front of this Court being stricken as a matter of course pursuant to Judge Rowland resetting certain discovery deadlines. Again, counsel for Plaintiff was clearly mistaken and sincerely apologizes to this Court for his error.

5. Plaintiff's case is meritorious and has been dutifully prosecuted against the Defendants in this matter for more than three years, including more than a dozen depositions, as well as the retention of an expert witness.

6. No party will be prejudiced by reinstatement.

WHEREFORE, Plaintiff, Randy Liebich, respectfully requests that this Court vacate the dismissal for want of prosecution entered on April 28, 2016 and allow Plaintiff to proceed with his claims.

        Respectfully submitted,

        /s/ Vince Field
        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I, Vince Field, an attorney, certify that on April 29, 2016, I caused the foregoing Motion to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Vince Field