**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Randy R. Liebich
                                           Plaintiff,

v.                                                               Case No.: 1:11−cv−05624
                                                                Honorable Robert W. Gettleman

Wexford Health Sources, Inc., et al.
                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 25, 2016:

      MINUTE entry before the Honorable Mary M. Rowland: Defendants' motion for additional time to set a settlement conference is granted. Defendants must set a settlement conference with Judge Rowland's chambers by 7/29/16. Defense counsel to confer with Plaintiff as to a day that works best for both parties and contact chambers. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.