UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Randy R. Liebich
                                    Plaintiff,

v.                                                          Case No.: 1:11−cv−05624
                                                            Honorable Robert W. Gettleman

Wexford Health Sources, Inc., et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 2, 2016:

    MINUTE entry before the Honorable Mary M. Rowland: Settlement conference held on 9/2/16. Settlement not reached, however, the parties made a great deal of progress. The court made a recommendation regarding a settlement amount. Defense counsel is to call chambers at (312−435−5358) after he consults with his clients about further authority. The Court will then contact counsel for the plaintiff. By that time, Plaintiff should have decided whether or not to accept the court's recommendation. Status set for 9/16/16 at 9:30 AM. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.