**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**


Randy R. Liebich

                                        Plaintiff,

v.                                                          Case No.: 1:11–cv–05624
                                                            Honorable Robert W. Gettleman

Wexford Health Sources, Inc., et al.

                                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, October 6, 2016:


        MINUTE entry before the Honorable Mary M. Rowland: The Court has been
notified that the parties have reached an agreement on the settlement amount. The status
hearing set for 10/11/16 shall stand, at which time the Court will confirm the settlement
agreement on the record. Defendants shall make Plaintiff available by telephone and shall
provide telephone contact information for the Plaintiff to the courtroom deputy at
312–435–5857 at least 24 hours in advance of the status hearing. Mailed notice. (dm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.