UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Randy R. Liebich
                              Plaintiff,

v.                                                          Case No.: 1:11−cv−05624
                                                          Honorable Robert W. Gettleman

Wexford Health Sources, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 11, 2016:

      MINUTE entry before the Honorable Mary M. Rowland: Status hearing held. Mr. Liebich was unavailable telephonically due to Stateville Correctional Center's telephone conference availability. Plaintiff's counsel reports Mr. Liebich accepts the settlement agreement. Parties shall file their dismissal papers with the district court. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge. Honorable Judge Mary M. Rowland no longer referred to the case. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.