UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Randy R. Liebich
                                 Plaintiff,

v.                                              Case No.: 1:11−cv−05624
                                                        Honorable Robert W. Gettleman

Wexford Health Sources, Inc., et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 3, 2017:

      MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 1/3/2017. By agreement, this cause is dismissed with leave to reinstate on or before 2/17/2017. Civil case terminated. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.